Monica Graham, Esq. (SBN 332241)
GRAHAM LAW FIRM
3857 Birch St PMB 3097
Newport Beach, CA 92660
Telephone: (951) 316-3298
Email: monica@grahamlawfirm-ca.com

Attorney for Plaintiff
Kristopher Gomez

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT – SOUTHERN DIVISION

KRISTOPHER RENE GOMEZ, an
individual,
              Plaintiff,
    vs.

BALLER BUSTERS, an unknown
entity, RAEESABBAS MOHAMED, an
individual, and DOES 1-10, inclusive,
              Defendants.

Case No.

1. **DEFAMATION PER SE**
2. **SLANDER PER SE**
3. **NEGLIGENCE**
4. **INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
5. **VIOLATION OF BUS. & PROF. CODE §17200**

Plaintiff Kristopher Rene Gomez, hereby complains and alleges as follows:

1.  Plaintiff Kristopher Rene Gomez ("Plaintiff") is now, and at all times relevant herein was, an individual and resident of the County of Orange, State of California.

2.  Defendant Baller Busters ("BB") is, and at all times relevant herein was, an

unknown entity doing business in the State of Arizona, and is known to its 364k

instagram followers as @ballerbusters.

3.  Defendant Raeesabbas Mohamed ("Mohamed") is, and at all times relevant

herein was, an individual, doing business in the State of Arizona.

4.  This court is the proper court for trial in this action in that Defendants'

statements were aimed at disparaging Plaintiff's reputation in California, and the

amount in controversy exceeds $75,000.

5.  Plaintiff is unaware of the true names or capacities, whether they are

individuals or business entities, of Defendant DOES 1 through 10, and therefore sues

them by such fictitious names and will seek leave of this Court to insert their names

and capacities once they have been ascertained.

6.  At all times mentioned herein, Defendants, and each of them, inclusive of

DOES 1 through 10, were authorized and empowered by each other to act, and did so

act, as agents of each other, and all of the things herein alleged to have been done by

them were done in the capacity of such agency.  Upon information and belief, all

Defendants are responsible in some manner for the events described herein and are

liable to Plaintiff for the damages he has incurred.

## FIRST CAUSE OF ACTION

## DEFAMATION PER SE

### (As to Baller Busters, Raeesabbas Mohamed, Does 1-10)

7.  Plaintiff repeats, realleges, adopts, and incorporates herein each and every

allegation contained in each of the preceding paragraphs as though fully set forth herein.

8.  On or around September 16, 2025, Defendants BB and Mohamed published an Instagram post from the @ballerbusters account falsely accusing Kristopher Rene Gomez of Ecom Partners (known online as @krisdashark), of being a pedophile.

9.  Defendant @ballerbusters has more than 364k Instagram followers.  In the Instagram post, Defendants stated as a fact, not opinion, "@krisdashark pleads GUILTY to possession and access with intent to view child p*rnography [scared emojis]."

10. Defendants further stated as a fact, not opinion, that Plaintiff entered into a "crazy plea agreement" admitting to viewing "prepubescent child pornography," that he faces up to five years' imprisonment per count, and that he is a convicted felon.

11. Defendants knew or should have known these statements to be false because they are familiar with Plaintiff and his former business, Ecom Partners, from previous Instagram posts, including, but not limited to, Plaintiff's correct full name, domicile, and business activity in California, and that the child pornography case concerned a *Kristopher Lee Gomez*, who is unknown and unrelated to Plaintiff herein. The case was filed in the U.S. District Court for the Western District of Texas.

12.  Defendant Mohamed is a licensed attorney in the State of Arizona and knew, or should have known that he published false statements concerning Plaintiff on

@ballerbusters' Instagram account.

13. Defendant Baller Busters knew, or should have known that false statements were being published on its Instagram account alleging the commission of a crime against the wrong Kristopher Gomez.

14. Plaintiff alleges Defendants, and each of them, by the herein-described acts, conspired to, and in fact, did negligently, recklessly, and intentionally cause external statements of defamation, of and concerning Plaintiff, to third persons and to the community. These false and defamatory statements included express and implied statements that portrayed Plaintiff as a pedophile and possessing 'kiddie porn' based on knowingly false information designed to harm Plaintiff when the reality was that the convicted felon Defendants spoke of concerned an entirely different person.

15. Defendants have expressed negative opinions of Plaintiff in the past, and Defendants knew Plaintiff was domiciled and conducted business in the State of California based on previous litigation concerning Plaintiff and Ecom Partners.

16. Defendants made the false and defamatory statements to persons other than Plaintiff, and the persons, including but not limited to the 364k Instagram followers, in Plaintiff's community reasonably understood the statements were about Plaintiff because Plaintiff received multiple death threats and threats to sever his business relationships from associates and investors who reasonably understood the statements to mean that Plaintiff had committed one or more crimes involving child pornography

and that he was a pedophile.

17. Defendants' defamatory publication irreparably damaged Plaintiff's reputation in California, where he resides and does business. Defendants' statements were outrageous, negligent, reckless, intentional, and maliciously circulated and recirculated by Defendants, and each of them.

18. Plaintiff is informed and believes that the negligent, reckless, and intentional statements by Defendants, and each of them, were and continue to be foreseeably circulated and recirculated by Defendants, their agents, employees, and recipients in the community.

19. Plaintiff is informed and believes, and fears that these false and defamatory per se statements will continue to be made by Defendants, and each of them, and will be foreseeably recirculated by their recipients (reposted), all to the ongoing harm and injury to Plaintiff's business, professional, and personal reputations.

20. The defamatory meaning of all of the above-described false and defamatory statements, and their reference to Plaintiff, were understood by these above-referenced third person recipients and other members of the community.

21. None of Defendants' defamatory statements against Plaintiff referenced above are true. The above defamatory statements were understood as assertions of fact, and not as opinion. Plaintiff is informed and believes this defamation will continue to be negligently, recklessly, and intentionally published and foreseeably republished by

Defendants, and each of them, and foreseeably republished by recipients of Defendants' statements, thereby causing additional injury and damages for which Plaintiff seeks redress by this action.

22. Defendants, and each of them, committed the acts alleged herein recklessly, maliciously, fraudulently, and oppressively, with the wrongful intention of injuring Plaintiff, for an improper and evil motive amounting to malice (as described above), and which abused and/or prevented the existence of any conditional privilege, which in fact did not exist, and with a reckless and conscious disregard of Plaintiff's rights.

23. Defendants' conduct caused Plaintiff to suffer depression, humiliation, embarrassment, stress and anxiety, loss of self-esteem and self-confidence, emotional pain and suffering, harm to his personal and professional reputations. As such, Plaintiff is entitled to recover damages to punish Defendants for acting with malice, oppression, or fraud, in the amount of $5,000.000.

## SECOND CAUSE OF ACTION
### SLANDER PER SE
(As to Baller Busters, Raeesabbas Mohamed, Does 1-10)

24.   Plaintiff repeats, realleges, adopts, and incorporates herein each and every allegation contained in each of the preceding paragraphs as though fully set forth herein.

25.  Plaintiff alleges Defendants made a false, spoken statement that Plaintiff was convicted of a crime involving child pornography and pedophilia, and the

statement was published to a third party, including, but not limited to 364k Instagram followers.

26.  Plaintiff alleges Defendants made such statements of fact, not opinion, was unprivileged, and published to someone other than Plaintiff, namely, 364k Instagram followers on @ballerbusters. Defendants based their statements of fact on a court judgment against someone other than Plaintiff, and knew, or should have known, they were making false statements.

27. Because it's "per se," Plaintiff does not need to prove specific damages; the law presumes damages from the nature of the statement itself.

28. Plaintiff is entitled to damages not less than $5,000,000.

### THIRD CAUSE OF ACTION
### NEGLIGENCE
### (As to Baller Busters, Raeesabbas Mohamed, Does 1-10)

29. Plaintiff repeats, realleges, adopts, and incorporates herein each and every allegation contained in each of the preceding paragraphs as though fully set forth herein.

30. Plaintiff is informed and believes Defendants, and each of them, by the herein-described acts, conspired to, and in fact, did negligently, recklessly, and intentionally cause external statements of defamation, of and concerning Plaintiff, to third persons and to the community, including, but not limited to @ballerbusters' 364k Instagram followers.

31. Plaintiff alleges Defendants owed him a duty not to make false and defamatory statements concerning him to any third person because Plaintiff was not the named defendant set forth in the judgment that Defendants based their factual statements on.

32. Defendants breached their duty of care which resulted in harm to Plaintiff because the third persons who heard Defendants' false statements carried out death threats against Plaintiff and his family, and Plaintiff's business associates and investors threatened to sever ties with him.

33. Defendants are the actual and proximate cause of harm because they made the false and defamatory statements to @ballerbusters' 364k Instagram followers. But for Defendants' statements, Plaintiff would not have been harmed because Plaintiff is not Kristopher Lee Gomez who was convicted for being a pedophile, in possession of child pornography.

34.  Plaintiff is entitled to damages in an amount to be determined at trial.

<u>**FOURTH CAUSE OF ACTION**</u>
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
<u>(As to Baller Busters, Raeesabbas Mohamed, Does 1-10)</u>

35. Plaintiff repeats, realleges, adopts, and incorporates herein each and every allegation contained in each of the preceding paragraphs as though fully set forth herein.

36. Plaintiff is informed and believes Defendants, and each of them, by the

herein-described acts, conspired to, and in fact, did negligently, recklessly, and

intentionally cause false and defamatory statements of and concerning Plaintiff, to

third persons and to the community, including, but not limited to @ballerbusters' 364k

Instagram followers.

37. Plaintiff alleges Defendants' conduct was extreme and outrageous because

Defendants knew or should have known Plaintiff was not a pedophile as he was not the

same person convicted of child pornography in the criminal case against Kristopher

Lee Gomez.

38. Plaintiff alleges Defendants have a pattern of such conduct, to the extent

they have made negative comments concerning Plaintiff in the past, and that

Defendants have been accused of defamation in the past.

39. As a direct result of Defendants' conduct, Plaintiff has experienced a lack of

productivity in his business, as his reputation was damaged and associates and

investors threatened to sever all ties with Plaintiff.

40. As a direct result of Defendants' conduct, Plaintiff has suffered depression,

humiliation, embarrassment, stress and anxiety, loss of self-esteem and self-

confidence, emotional pain and suffering, harm to his personal and professional

reputations, and damage to his relationship with his immediate family.

41. Plaintiff is entitled to damages in an amount to be determined at trial.

# FOURTH CAUSE OF ACTION

## VIOLATION OF BUS. & PROF. CODE §17200

### (As to Baller Busters, Raeesabbas Mohamed, Does 1-10)

42.  Plaintiff repeats, realleges, adopts, and incorporates herein each and every allegation contained in each of the preceding paragraphs as though fully set forth herein.

43.  Plaintiff is informed and believes Defendants, and each of them, by the herein-described acts, conspired to, and in fact, did negligently, recklessly, and intentionally cause external statements of defamation, of and concerning Plaintiff, to third persons and to the community, including, but not limited to @ballerbusters' 364k Instagram followers.

44. California's Business and Professions Code §17200, also known as the Unfair Competition Law (UCL), prohibits "unfair, deceptive, untrue or misleading advertising," and posting false statements online can fall under this definition if it harms consumers or provides an unfair advantage to the business.

45. Plaintiff is entitled to an injunction to stop Defendants from making these false statements, to delete any and all evidence of such statements, and to post a retraction and apology that shall never be deleted from @ballerbusters' Instagram account.

///

///

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows:

1. A declaratory judgment that the actions, conduct, and practices of Defendants complained of herein violated the laws of the State of California;

2. An injunction and order permanently restraining Defendants from engaging in such unlawful conduct;

3. An order requiring Defendants to retract their statements and post an apology to @ballerbusters' 364k Instagram followers that shall never be deleted;

4. An award of damages not less than 5,000,000;

5. An award of costs and reasonable attorneys' fees;

6. For such other and further relief as the Court deems just and proper.

**<u>JURY DEMAND</u>**

Plaintiff hereby demands a trial by jury on all issues of fact and damages stated herein.

Dated: November 3, 2025              **GRAHAM LAW FIRM**

<u>s/Monica Graham</u>
Monica Graham, Esq.
Attorney for Plaintiff Kristopher Gomez

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# EXHIBIT 1

26
27

# INSTAGRAM POST

28





4)    The Defendant pled guilty to **Count One** of the Indictment, possession and access with intent to view child prepubescent pornography, without a plea agreement;

5)    The Defendant's plea was made freely and voluntarily;

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

# EXHIBIT 2

# @BALLERBUSTERS

# INSTAGRAM ACCOUNT

21
22
23
24
25
26
27
28

10:33

‹ **ballerbusters**                              ···



**1,550** posts     **364K** followers     **3,820** following

Your online gurus worst enemy. 🤡 We expose con artists, #ChiefClownOfficers, #FlexOffenders and the deceptive nature of social media. 🥃

🔗 shop.ballerbusters.com/collections/t-s...

 Followed by **lennermvestre**, **jessica_michelle.xo** and **14 others**

| Follow | Message |  |

 DerekMone...    Elliott 2    WesWatson2    WesWatson    Brad Lea



EXHIBIT 3

INSTAGRAM COMMENTS FROM

PERSONS WHO HEARD THE

FALSE AND DEFAMATORY

STATEMENTS

11:02



**Ron Rana**
31m · 🌐

‹               ···

**Kris Gomez AKA "Kris Da Shark" pleads GUILTY to possession of CHILD P***********. More like Kris Da Pedo** 🤦

👍 Like     💬 Comment     ↪ Share

😡👍😮 4

Most relevant ⌄

**Veronica Joya** · **Follow**
Hope he gets everything he deserves!!
19m   Like   Reply

✏️ Author
**Ron Rana**
**Veronica Joya**



📷    Write a comment...        👓 GIF 🙂

9:46

<‹

**Posts**
savingcaregivers

**Comments**

**huckleberry_1776_1** 1h
"Kristopher Rene Gomez, aka @ krisdashark aka the FUGITIVE who was recently arrested at the LAX International Airport after trying to flee to Dubai enters GUILTY PLEA to Count One of the Indictment, possession and access with intent to view child prepubescent pornography. The Defendant's plea was made freely and voluntarily."
Reply

**drewnetworkz** ✔ 5m
@huckleberry_1776_1 🚨 baller busters is wrong. They got the wrong Kris. Go look @krisdashark page That's why baller busters deleted the post 🚨
Reply

**deelishevents** ✔ 5w
How fun 🥳🥳🥳
Reply

Reply to deelishevents…

❤️    🙌    🔥    👏    😢    😍    😮    😂

Start the conversation…

11:09

**‹ krisdashark** ⌄ •


**fullylt10309** commented: Guilty? Of child trafficking and 🍆nography? 3h 
♡  Reply


**huckleberry_1776_1** commented: "Kristopher Rene Gomez, aka @ krisdashark aka the FUGITIVE who was recently arrested at the LAX International Airport after... more 3h
♡  Reply


**huckleberry_1776_1** commented: "Kristopher Rene Gomez, aka @ krisdashark aka the FUGITIVE who was recently arrested at the LAX International Airport after... more 3h
♡  Reply


**huckleberry_1776_1** commented: "Kristopher Rene Gomez, aka @ krisdashark aka the FUGITIVE who was recently arrested at the LAX International Airport after... more 3h
♡  Reply


**uqoehvvvv** started following you. 3h    [Follow back]


**vegas_life_22** commented: Oh hell no 3h 
♡  Reply

11:09



**‹ krisdashark ⌄** ●

♡ Reply  Message

 Your post was shared to Threads. Open the Threads app to see it. 3h 

 **kat.her.ine.yoo** commented: @mccallmovescali do you support him now that he plead guilty to having seen pre pubescent porn? 3h 

♡ Reply

 **thehulk1212** commented: Look up his case child porn it's public record 3h 

♡ Reply

 **thehulk1212** commented: @nina_thetruth child porn look up his case it's public record 3h 

♡ Reply

 **fullylt10309** commented: Wow how can you post your child ? Wait Guilty? Of child trafficking and 🌽nography?  Very disturbing 3h 

♡ Reply

 **huckleberry_1776_1** commented: "Kristopher Rene Gomez, aka @ krisdashark aka the FUGITIVE who was recently arrested at the LAX International Airport after... more 3h 

♡ Reply

 **fullylt10309** commented: Guilty? Of child trafficking and 🌽nography? 3h 

♡ Reply

 **fullylt10309** commented: Guilty? Of child trafficking and 🌽nography? 3h 

        

 **kat.her.ine.yoo** commented: @mccallmovescali do you support him now that he plead guilty to having seen pre pubescent porn? 13h 

♡  Reply

 **thehulk1212** commented: Look up his case child porn it's public record 13h 

♡  Reply

 **thehulk1212** commented: @nina_thetruth child porn look up his case it's public record 13h 

♡  Reply

 **fullylt10309** commented: Wow how can you post your child ? Wait Guilty? Of child trafficking and 🌽 nography?  Very disturbing 13h 

♡  Reply

 **fullylt10309** commented: Guilty? Of child trafficking and 🌽 nography? 13h 

♡  Reply

 **fullylt10309** commented: Guilty? Of child trafficking and 🌽 nography? 13h 

♡  Reply

 **vegas_life_22** commented: Oh hell no 13h 

♡  Reply

    

EXHIBIT 4

RESULTS FROM GOOGLE SEARCH

"KRISTOPHER RENE GOMEZ"

5:13

 Instagram · krisdashark
2.3K+ likes · 20 hours ago

## This is not ME! my name is Kristopher Rene Gomez ...

This is not ME! my name is Kristopher Rene Gomez not Kristopher Lee Gomez. These idiots are talking about me but reading somebody else's case! 

 Instagram · ballerbusters
8 likes · 21 hours ago

## Ex Internet Grifter Krisdashark Pleads Guilty to Child Pornography Charges

Kristopher Rene Gomez, aka @ krisdashark aka the FUGITIVE who was ... Kristopher KristopherGomez Gomez 694 539K posts followers 974 ...

 Instagram · krisdashark
3K+ likes · 20 hours ago

## Je suis négativement associé à une affaire, c'est un mélange d'identités

I'm sad because my wife and kids had to see this and are home crying right now for no reason. My name is Kristopher Rene Gomez NOT Kristopher ...

 Reddit · r/dropshipping
1 comment · 5 months ago

## Kristopher Rene Gomez aka fugitive aka krisdashark was captured for FELONY ...

🔍 kristopher rene gomez