| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*:<br>William G. Short, Esq.; SBN 132479<br>LAW OFFICES OF WILLIAM G. SHORT<br>Post Office Box 1313<br>Ojai, California 93024-1313<br>billshortesq@me.com | TELEPHONE NO.:<br>805-490-6399 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR LIEN CLAIMANT: Matt Leonard | | |
| NAME OF COURT: United States District Court - Central District of California<br>STREET ADDRESS: 411 West 4th Street<br>MAILING ADDRESS: 411 West 4th Street<br>CITY AND ZIP CODE: Santa Ana, California  92701-4516<br>BRANCH NAME: Southern Division | | |
| PLAINTIFF:    Kristopher Rene Gomez<br>DEFENDANT:    Baller Busters, et al. | | |
| **NOTICE OF LIEN**<br>(Attachment—Enforcement of Judgment) | | 8:25-cv-02483-JDE |

ALL PARTIES IN THIS ACTION ARE NOTIFIED THAT

1. A lien is created by this notice under
   a. ☐ Article 3 (commencing with section 491.410) of Chapter 11 of Title 6.5 of Part 2 of the Code of Civil Procedure.
   b. ☒ Article 5 (commencing with section 708.410) of Chapter 6 of Title 9 of Part 2 of the Code of Civil Procedure.
2. The lien is based on a
   a. ☐ right to attach order and an order permitting the creation of a lien (copies attached).
   b. ☒ money judgment.
3. The right to attach order or the money judgment is entered in the following action:
   a. Title of court *(specify)*: Superior Court of California, County of Riverside
   b. Name of case *(specify)*: Matt Leonard v. Ecom Partners, Inc., Kristopher Gomez, Ryan Rios, et al.
   c. Number of case *(specify)*: CVRI2401651
   d. ☒ Date of entry of judgment *(specify):* December 5, 2024
   e. ☐ Dates of renewal of judgment *(specify):*

4. The name and address of the judgment creditor or person who obtained the right to attach order are *(specify)*:
   Matt Leonard, c/o William G. Short, Esq., Post Office Box 1313, Ojai, California  93024-1313
5. The name and last known address of the judgment debtor or person whose property is subject to the right to attach order are *(specify)*:
   Kristopher Gomez, 18852 Canyon Crest, Villa Park, CA  92861
6. The amount required to satisfy the judgment creditor's money judgment or to secure the amount to be secured by the attachment at the time this notice of lien is filed is
   $441,336.58
7. The lien created by this notice attaches to any cause of action of the person named in item 5 that is the subject of this action or proceeding and to that person's rights to money or property under any judgment subsequently procured in this action or proceeding.
8. No compromise, dismissal, settlement, or satisfaction of this action or proceeding or any of the rights of the person named in item 5 to money or property under any judgment procured in this action or proceeding may be entered into by or on behalf of that person, and that person may not enforce any rights to money or property under any judgment procured in this action or proceeding by a writ or otherwise, unless one of the following requirements is satisfied:
   a. the prior approval by order of the court in this action or proceeding has been obtained;
   b. the written consent of the person named in item 4 has been obtained or that person has released the lien; or
   c. the money judgment of the person named in item 4 has been satisfied.

**NOTICE The person named in item 5 may claim an exemption for all or any portion of the money or property within 30 days after receiving notice of the creation of the lien. The exemption is waived if it is not claimed in time.**

Date: November 24, 2025

William G. Short, Esq.
_____
*(TYPE OR PRINT NAME)*

▶ /s/ William G. Short
_____
*(SIGNATURE OF LIEN CLAIMANT OR ATTORNEY)*

| Form Approved by the<br>Judicial Council of California<br>AT-180, EJ-185 [New January 1, 1985] | **NOTICE OF LIEN**<br>(Attachment—Enforcement of Judgment) | CCP 491.410, 708.410 |
|---|---|---|

JUD-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Anne Singer (112501)<br>A. SINGER & ASSOCIATES INC.<br>Post Office Box 265<br>Somis CA 93066<br>TELEPHONE NO.: 805.375.2010    FAX NO. (Optional): 805.301.8005<br>E-MAIL ADDRESS (Optional): anne@asingerlaw.com<br>ATTORNEY FOR (Name): Plaintiff | FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF RIVERSIDE<br>DEC 05 2024<br>D. Brown |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Riverside<br>STREET ADDRESS: 4050 Main Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Riverside California<br>BRANCH NAME: | |

PLAINTIFF: Leonard

DEFENDANT: Ecom Partners Inc., et al

| JUDGMENT | CASE NUMBER: |
|---|---|
| ☐ By Clerk   ☒ By Default   ☐ After Court Trial<br>☒ By Court   ☐ On Stipulation   ☐ Defendant Did Not Appear at Trial | CVRI2401651 |

**JUDGMENT**

1. ☒ **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. ☐ **Clerk's Judgment** (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
   e. ☒ **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
      (1) ☐ plaintiff's testimony and other evidence.
      (2) ☒ plaintiff's written declaration (Code Civ. Proc., § 585(d)).

2. ☐ **ON STIPULATION**
   a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and
   b. ☐ the signed written stipulation was filed in the case.
   c. ☐ the stipulation was stated in open court    ☐ the stipulation was stated on the record.

3. ☐ **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on (date and time):
      before (name of judicial officer):
   b. Appearances by:
      ☐ Plaintiff (name each):
         (1)
         (2)
         ☐ Continued on Attachment 3b.
      ☐ Defendant (name each):
         (1)
         (2)
         ☐ Continued on Attachment 3b.

      ☐ Plaintiff's attorney (name each):
         (1)
         (2)

      ☐ Defendant's attorney (name each):
         (1)
         (2)

   c. ☐ Defendant did not appear at trial. Defendant was properly served with notice of trial.
   d. ☐ A statement of decision (Code Civ. Proc., § 632)   ☐ was not   ☐ was   requested.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
JUD-100 [New January 1, 2002]

**JUDGMENT**

Code of Civil Procedure, §§ 585, 664.6

JUD-100

| PLAINTIFF: | Leonard | CASE NUMBER: |
|---|---|---|
| DEFENDANT: | Ecom Partners et al. | CVRI2401651 |

**JUDGMENT IS ENTERED AS FOLLOWS BY:** [ ] THE COURT  [ ] THE CLERK

4. [ ] **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is
   a. [X] for plaintiff *(name each):*
      Matt Leonard, an individual

      and against defendant *(names):* jointly and severally
      Ecom Partners Inc., a California Corporation, Kristopher Gomez, an individual and Ryan Rios, an individual
      [ ] Continued on Attachment 5a.

   c. [ ] for cross-complainant *(name each):*

      and against cross-defendant *(name each):*

      [ ] Continued on Attachment 5c.

   b. [ ] for defendant *(name each):*
   d. [ ] for cross-defendant *(name each):*

6. **Amount.**
   a. [X] Defendant named in item 5a above must pay plaintiff on the complaint:

   | (1) [X] Damages | $ | 80,000.00 |
   | (2) [X] Prejudgment interest at the annual rate of ___% | $ | 4,559.36 |
   | (3) [X] Attorney fees | $ | 11925.48 |
   | (4) [X] Costs | $ | 1,528.38 |
   | (5) [X] Other *(specify):* punitive damages | $ | 315,000.00 |
   | (6) **TOTAL** | $ | 413,013.22 |

   c. [ ] Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint:

   | (1) [ ] Damages | $ |
   | (2) [ ] Prejudgment interest at the annual rate of ___% | $ |
   | (3) [ ] Attorney fees | $ |
   | (4) [ ] Costs | $ |
   | (5) [ ] Other *(specify):* | $ |
   | (6) **TOTAL** | $ |

   b. [ ] Plaintiff to receive nothing from defendant named in item 5b.
      [ ] Defendant named in item 5b to recover costs $ _____
      [ ] and attorney fees $ _____

   d. [ ] Cross-complainant to receive nothing from cross-defendant named in item 5d.
      [ ] Cross-defendant named in item 5d to recover costs $ _____
      [ ] and attorney fees $ _____

7. [ ] Other *(specify):*

Date: Dec. 4, 2024

_____
JUDICIAL OFFICER

Date: _____
[ ] Clerk, by CHRISTOPHER B. HARMON , Deputy

---

(SEAL)

**CLERK'S CERTIFICATE** *(Optional)*
I certify that this is a true copy of the original judgment on file in the court.

Date: _____

Clerk, by _____ , Deputy

---

JUD-100 [New January 1, 2002]      **JUDGMENT**      Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.     

> This must be in red to be a
> "CERTIFIED COPY"
>
> Each document to which this certificate is attached is certified to be a full, true and correct copy of the original on file and of record in my office.
>
> Superior Court of California
> County of Riverside
>
> By _[signature]_
>    DEPUTY
>
> Dated: 11-11-25
>
> Certification must be in red to be a
> "CERTIFIED COPY"

[Seal: Superior Court of California, County of Riverside — Eureka]

<u>PROOF OF SERVICE</u>

I am employed in the County of Ventura, State of California. I am over the age of 18 and am not a party to the within action. My business address is Post Office Box 1313, Ojai, California 93024-1313.

On November 24, 2025, I caused a copy of the **NOTICE of LIEN** (per CCP § 708.410), to be served, as follows:

(X) (BY ELECTRONIC SERVICE) by posting the document(s) listed above to PACER in the above-referenced matter (as noted).

( ) (BY EMAIL) by emailing to the email address listed below (as noted).

(X) (BY U.S. MAIL) I am readily familiar with the firm's practice of collection and processing of documents for mailing. Under that practice, the above-referenced document(s) was placed in a sealed envelope(s) addressed to the parties as noted below, with postage thereon fully prepaid and deposited such envelope(s) with the United States Postal Service on the same date in Ojai, California, addressed to (as noted):

| | |
|---|---|
| Raeesabbas Mohamed<br>RM WARNER LAW<br>8283 N. Hayden Road, Suite 229<br>Scottsdale, Arizona 85258<br><br>(Via U.S. Mail) | |
| Monica Graham, Esq.<br>GRAHAM LAW FIRM<br>3857 Birch Street PMB 3097<br>Newport Beach, CA 92660<br>(Attorney for Kristopher Gomez)<br><br>(Via Pacer) | Ecom Partners, Inc.<br>c/o Kristopher Gomez<br>18852 Canyon Crest Drive<br>Villa Park, CA 92861<br><br>(Via U.S. Mail) |
| Kristopher Gomez<br>18852 Canyon Crest Drive<br>Villa Park, CA 92861<br><br>(Via U.S. Mail) | Ryan Rios<br>17542 Woodfern Lane<br>Huntington Beach, CA 92649<br><br>(Via U.S. Mail) |

( ) (BY OVERNIGHT DELIVERY) I served a true and correct copy by Federal Express or other overnight delivery service, for delivery on the next business day. Each copy was enclosed in an envelope or package designed by the express service carrier; deposited in a facility regularly maintained by the express service carrier or delivered to a courier or driver authorized to receive documents on its behalf; with delivery fees paid or provided for; addressed as shown on the accompanying service list.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated: November 24, 2025

_____
WILLIAM G. SHORT

William G. Short, Esq.
Post Office Box 1313
Ojai, California 93024
(805) 490-6399

**Proof of Service**