UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 8:25-cv-02483-JDE | Date | January 13, 2026 |
|---|---|---|---|
| Title | Kristopher Rene Gomez v. Baller Busters, et al. | | |

| Present: The Honorable | John D. Early, United States Magistrate Judge |
|---|---|

| Amber Rodriguez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:**   (In Chambers) Order re Service and Notice of Possible Dismissal

   Plaintiff filed the Complaint in this action on November 5, 2025. Dkt. 1. This case was assigned to a magistrate judge under the Direct Assignment of Civil Cases to Magistrate Judges Program for the United States District Court for the Central District of California ("Program"). Dkt. 2 ("Notice"). Per Local Civil Rule 73-2.1, for cases assigned to a U.S. Magistrate Judge under the Program, the plaintiff (or defendant in a case removed to this Court by such defendant) must serve the Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent form (id.) entered on the docket on each adverse party at the time of service of the summons and complaint, notice of removal, or other case initiating document.

   On November 14, 2025, the Court advised:

   This case has been assigned to a magistrate judge under the Direct Assignment of Civil Cases to Magistrate Judges Program. Per Local Civil Rule 73-2.1, Plaintiff(s) is/are ORDERED to serve the Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent form (Dkt. 2, "Notice") upon each newly served party at the time of service of process and, WITHIN THREE (3) DAYS of such service, file proof(s) of such service, including service of the Notice.

Dkt. 5 ("Advisement"). No proof of service of any document has been filed as to any defendant.

   Rule 4(c) of the Federal Rules of Civil Procedure provides, in part, that the "plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m)." Rule 4(m) provides that if a defendant "is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). However, if a plaintiff shows good cause for the failure to serve, the court must extend the time for service for an appropriate period. Id. Further, unless service is waived, proof(s) of service must be provided to the Court. Fed. R. Civ. P. 4(l).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:25-cv-02483-JDE | Date | January 13, 2026 |
|---|---|---|---|
| Title | Kristopher Rene Gomez v. Baller Busters, et al. | | |

As noted, Plaintiff filed the action on November 5, 2025. More than 65 days have passed since the filing of the Complaint and no proof of service reflecting proper service on at least one of the Defendant(s) has been filed as of the date of this Order. Plaintiff is advised that, absent an intervening order extending the time for service based on a showing of good cause or the filing of proper proof(s) of service reflecting proper service of process upon each Defendant within 90 days from the filing of the Complaint, the action is subject to dismissal without further notice as to any such Defendant not properly and timely served under Rule 4(m). Plaintiff is further reminded of Plaintiff's obligation to serve the Notice (Dkt. 2) with the Summons and Complaint upon all Defendants and to file proof of such service as well within three days of service.

As a result, Plaintiff is ORDERED to comply with Rule 4(m), Local Rule 73-2.1, and the Advisement, and file a compliant proof of service reflecting proper service of process and service of the Notice (Dkt. 2) upon all Defendants, or show good cause, in writing, why additional time is necessary for such service, within 90 days from the filing of the Complaint, that is, by February 3, 2026. Failure to comply with this order may result in the sua sponte dismissal of any Defendant not timely served without further notice from the Court.

Plaintiff may comply with this Order by filing a Notice of Voluntary Dismissal of the Action or of any unserved Defendant(s) by the deadline set forth above.

IT IS SO ORDERED.

| | Initials of Courtroom Deputy | ARO |
|---|---|---|