Monica Graham, Esq. (SBN 332241)
GRAHAM LAW FIRM
3857 Birch St PMB 3097
Newport Beach, CA 92660
Telephone: (951) 316-3298
Email: monica@grahamlawfirm-ca.com

Attorney for Plaintiff
Kristopher Gomez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT – SOUTHERN DIVISION

| | |
|---|---|
| KRISTOPHER RENE GOMEZ, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BALLER BUSTERS, an unknown entity, RAEESABBAS MOHAMED, an individual, and DOES 1-10, inclusive,<br>　　　　Defendants. | Case No. 8:25-cv-02483-JDU<br><br>**PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO SERVE DEFENDANTS** |

　　　　Plaintiff Kristopher Rene Gomez hereby requests an extension of time to serve Defendants because they have evaded service by a registered process server since 11/17/25.  Plaintiff has since caused to serve Defendants by mail on 1/07/26, which requires Defendants to complete and return the acknowledgement (CV-21).  If they refuse or otherwise fail to do so, Plaintiff will need to file a motion to serve by

publication.

Based upon service by mail on 1/7/26 (5 days) plus 20 days to return the acknowledgement with 5 days for mail, Plaintiff will have further information around February 9, 2026. If response is not received, Defendants will be required to pay any expenses incurred related to the anticipated publication method. Accordingly, Plaintiff will need time to be heard on said motion.

## CONCLUSION

Based on the foregoing, please extend Plaintiff's time to serve Defendants.

Dated: January 19, 2026                **GRAHAM LAW FIRM**

                                       s/Monica Graham
                                       Monica Graham, Esq.
                                       Attorney for Plaintiff Kristopher Gomez