AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Baller Busters, an unknown entity**

was received by me on *(date)* **02/27/2026** .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I left the summons with "Jane Doe" (Cuacasian female, 40's, 5'6", 130 pounds, long brown hair) Legal Assistant to Raeesabbas Mohamed at Raeesabbas Mahamed's place of business (R.M. Warner, PLC) on March 02, 2026 @ 2:54 p.m.

My fees are $ 125.00   for travel and $ 0.00   for services, for a total of $ 125.00 .

I declare under penalty of perjury that this information is true.

Date: 03/03/2026

*Server's signature*

Christina Donaldson
Process Server Registration ID# MC8800
Maricopa County, Arizona
*Printed name and title*

3838 N. Central Avenue, Suite 900, Phoenix, Arizona 85012
*Server's address*

Additional information regarding attempted service, etc:
On March 03, 2026, at approximately 2:53 p.m. I arrived at R.M. Warner, PLC located at 8283 N Hayden Road, Suite 229, Scottsdale, Arizona 85258 to locate and personally serve Baller Busters, an unknown entity c/o Raeesabbas Mohamed. Upon my arrival, I noticed the door was locked, so I knocked. About a minute later, an unknown Caucasian female, 40's, 5'6", 130 pounds, long brown hair answered. The individual let me inside the office. Shortly after I entered the office, I informed the individual I was looking for Raeesabbas Mohamed because I had legal documents for him. The unknown female immediately informed me that she was not going to accept service, which at approximately 2:54 p.m., I placed the documents on the counter informing her she was being served on behalf of the Baller Busters and Raeesabbas Mahamed and turned around to leave. As I was leaving the office, the unknown female retrieved the documents from the counter, walked over to the door and threw the paperwork out in the hallway and then closed the door. I waited approximatley 10 minutes to see if anyone would come out to retrieve the paperwork, but no one did, so I left the area.