Monica Graham, Esq. (SBN 332241)
GRAHAM LAW FIRM
3857 Birch St PMB 3097
Newport Beach, CA 92660
Telephone: (951) 316-3298
Email: monica@grahamlawfirm-ca.com

Attorney for Plaintiff
Kristopher Gomez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT – SOUTHERN DIVISION

| | |
|---|---|
| KRISTOPHER RENE GOMEZ, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>BALLER BUSTERS, an unknown entity, RAEESABBAS MOHAMED, an individual, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 8:25-cv-02483-JDU<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |

I, Monica Graham, declare as follows:

1. I am an attorney licensed to practice law and am counsel of record for Plaintiff Kristopher Rene Gomez in this action. I have personal knowledge of the matters stated herein and, if called as a witness, could and would competently testify to them.

2. I submit this declaration in support of Plaintiff's Response to the Court's March

11, 2026 Order to Show Cause regarding the service of the Notice of Assignment to a United States Magistrate Judge (Dkt. 2).

3. I sincerely apologize to the Court for failing to ensure that the Notice of Assignment was served together with the summons and complaint as required by the Court's prior orders and Local Rule 73-2.1. The failure to serve the Notice of Assignment was not intentional. I did not intend to disregard the Court's orders or the Local Rules. Rather, I mistakenly focused on ensuring that the summons and complaint were served and inadvertently overlooked the requirement that the Notice of Assignment also be included with service. I thought I provided <u>all</u> required pleadings to the process servers to be served on the defendants.

4. Since filing this case, my office has made efforts to serve Defendants with the summons and complaint. However, service has proven unusually difficult. Defendant Raeesabbas Mohamed is a licensed attorney who appears to be avoiding service at the address listed with the Arizona State Bar. Process servers attempting service have reported that the office door is frequently locked to the public and that access to the premises has been restricted, making it difficult to effectuate service.

5. My office retained a registered process server to attempt service at the available addresses associated with Defendant Mohamed. Multiple attempts have been made to locate and serve the Defendant.

6. Upon reviewing the Court's March 11, 2026 Order to Show Cause, I

immediately took steps to remedy the issue identified by the Court.  **On March 12, 2026, I caused the Order to Show Cause to be served on Plaintiff.**  I have also arranged for the Notice of Assignment (Dkt. 2) to be served through a registered process server, and my office is continuing to work diligently to complete service on Defendants and to file the appropriate proofs of service with the Court.

7.   I anticipated an update from the process server prior to the filing of this response. Time is of the essence, thus I am filing the response absent an update concerning any progress made by the process server as of March 16, 2026, at 1:56 p.m. PST.  The process server was planning to attempt service today "by lunch time."

8.   At no time did I intend to violate the Court's orders or delay the proceedings in this matter. The failure to include the Notice of Assignment with the prior service documents was an inadvertent oversight. Plaintiff should not be harmed by dismissal due to my inadvertent mistake. I respectfully request that the Court not impose sanctions or dismiss the case due to this inadvertent error and that Plaintiff be allowed additional time to complete service on Defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of March, 2026.

s/Monica Graham
Monica Graham, Esq.