| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Monica Graham (SBN:332241)<br>Graham Law Firm<br>3857 Birch Street PMB 3097<br>Newport Beach, California 92660<br>　　　TELEPHONE NO: (951) 316-3298　　　FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:　monica@grahamlawfirm-ca.com<br>　ATTORNEY FOR *(Name)*:　Plaintiff - Kristopher Rene Gomez, an individual | FOR COURT USE ONLY |
|---|---|

| UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA<br>　STREET ADDRESS:　3470 Twelfth Street 2nd Floor<br>　MAILING ADDRESS:　3470 Twelfth Street 2nd Floor<br>　CITY AND ZIP CODE:　Riverside, 92501<br>　BRANCH NAME:　United States District Court for the Central District of California | |
|---|---|

| PLAINTIFF / PETITIONER:　Kristopher Rene Gomez, an individual<br>DEFENDANT / RESPONDENT:　Baller Busters, an unknown entity, et al. | CASE NUMBER:<br>8:25-cv-02483 |
|---|---|
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.: |

　　I, CHRISTINA DONALDSON, declare that I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following: RAEESABBAS MOHAMED and BALLER BUSTERS. On the dates mentioned herein, I was over the age of eighteen and not a party to the above-entitled action. I am authorized to serve legal process in the State of Arizona. The following facts are within my personal knowledge and if sworn as a witness, I can and will truthfully and competently testify thereto.

　　1.　On March 16, 2026, at approximately 2:45 pm., I arrived at 8283 N Hayden Road, Suite 229, Scottsdale, Arizona 85258 to locate and personally serve Raeesabbas Mohamed and Baller Busters.  Upon my arrival, I attempted to go inside the office, but the door was locked.  I could see inside the office through the window on the door.  The lights were on, but it did not appear anyone was inside the office.  I knocked multiple times, but there was no answer, so I left the area.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on ___03/16/2026___.

Christina Donaldson
3838 N. Central Avenue, Suite 900, Phoenix, Arizona 85012
(951) 723-2476
Maricopa County Process Server Registration ID#MC8800
_____

　　(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR
　　　　　　　　　　MARSHAL)

_____
　　　　　　　　　　　　(SIGNATURE)

**DECLARATION OF DILIGENCE**