Monica Graham, Esq. (SBN 332241)
GRAHAM LAW FIRM
3857 Birch St PMB 3097
Newport Beach, CA 92660
Telephone: (951) 316-3298
Email: monica@grahamlawfirm-ca.com

Attorney for Plaintiff
Kristopher Gomez

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT –  SOUTHERN DIVISION

KRISTOPHER RENE GOMEZ, an individual,

        Plaintiff,

   vs.

BALLER BUSTERS, an unknown entity, RAEESABBAS MOHAMED, an individual, and DOES 1-10, inclusive,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 8:25-cv-02483-JDE

**REQUEST FOR ENTRY OF DEFAULT BY CLERK [Fed R. Civ. P. 55(a)]**

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff KRISTOPHER RENE GOMEZ ("Plaintiff") hereby requests that the Clerk of the Court enter the default of Defendants BALLER BUSTERS and RAEESABBAS MOHAMED (collectively, "Defendants") pursuant to Federal Rule of Civil Procedure 55(a). This request is based upon the following:

1. **Service of Process:** Defendants were served by substitute service and mail on March 7, 2026. Under California Code of Civil Procedure § 415.20 (as applied via FRCP 4(e)(1)), service became effective ten days later, on March 17, 2026.

2. **Failure to Respond:** The 21-day period for Defendants to file an answer or otherwise respond to the Complaint expired on April 7, 2026.

3. **Default Status:** As of the date of this filing, Defendants have failed to plead or otherwise defend this action as required by the Federal Rules of Civil Procedure.

4. **Supporting Documentation:** This request is supported by the Proof of Service previously filed with this Court and the attached Declaration of Counsel.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter the default of Defendants BALLER BUSTERS and RAEESABBAS MOHAMED.

Dated: April 8, 2026

**GRAHAM LAW FIRM**

s/Monica Graham
Monica Graham, Esq.
Attorney for Plaintiff Kristopher Gomez

## DECLARATION OF MONICA GRAHAM, ESQ.
## IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Monica Graham, declare as follows:

1.  I am an attorney at law licensed to practice before all courts in the State of California and the United States District Court for the Central District of California. I am the principal of the Graham Law Firm and the attorney of record for Plaintiff Kristopher Rene Gomez.

2.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would testify competently thereto.

3.  The Complaint in this action was filed on November 5, 2025.

4.  On March 7, 2026, Defendants **Baller Busters** and **Raeesabbas Mohamed** were served with the Summons and Complaint via substitute service and mailing.

5.  Pursuant to California Code of Civil Procedure § 415.20, service became effective on March 17, 2026.

6.  The time for Defendants to answer or otherwise move with respect to the Complaint expired on April 7, 2026.

7.  As of the date of this Declaration, neither Defendant **Baller Busters** nor Defendant **Raeesabbas Mohamed** has filed an answer, motion, or any other

responsive pleading.

8. Upon information and belief, Defendant **Raeesabbas Mohamed** is not an infant or an incompetent person.

9. Upon information and belief, Defendant **Raeesabbas Mohamed** is not currently in the military service of the United States as defined by the Servicemembers Civil Relief Act (50 U.S.C. § 3931). I have reached this conclusion based on publicly available professional records showing active business/legal practice in Arizona.

10. Defendant **Baller Busters** is an unknown business entity and, as a business entity, is not subject to the protections afforded to infants, incompetent persons, or those in military service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of April, 2026, at Newport Beach, California.

s/Monica Graham
Monica Graham, Esq.
Attorney for Plaintiff Kristopher Rene Gomez

- 4 -
REQUEST FOR ENTRY OF DEFAULT

**CERTIFICATE OF SERVICE**

I hereby certify that on **April 9, 2026**, I served the foregoing **REQUEST FOR ENTRY OF DEFAULT** and **DECLARATION OF MONICA GRAHAM** on the following parties by placing a true and correct copy in a sealed envelope, with postage fully prepaid, in the United States Mail at Corona, California, addressed as follows:

RAEESABBAS MOHAMED
8283 N Hayden Road Suite 229
Scottsdale, AZ 85258
*Defendant*

BALLER BUSTERS
c/o Raeesabbas Mohamed
8283 N Hayden Road Suite 229
Scottsdale, AZ 85258
*Defendant*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 9, 2026

s/Monica Graham
_____
Monica Graham, Esq.