Monica Graham, Esq. (SBN 332241)
GRAHAM LAW FIRM
3857 Birch St PMB 3097
Newport Beach, CA 92660
Telephone: (951) 316-3298
Email: monica@grahamlawfirm-ca.com

Attorney for Plaintiff
Kristopher Gomez

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT –  SOUTHERN DIVISION

| | |
|---|---|
| KRISTOPHER RENE GOMEZ, an individual, <br><br>          Plaintiff, <br><br>     vs. <br><br> BALLER BUSTERS, an unknown entity, RAEESABBAS MOHAMED, an individual, and DOES 1-10, inclusive, <br>          Defendants. | Case No. 8:25-cv-02483-JDU <br><br> **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |

I, Monica Graham, declare as follows:

1.  I am an attorney licensed to practice law and am counsel of record for Plaintiff Kristopher Rene Gomez in this action. I have personal knowledge of the matters stated herein and, if called as a witness, could and would competently testify to them.

2.  I submit this declaration in support of Plaintiff's Response to the Court's April

13, 2026 Order to Show Cause regarding the service of the Notice of Assignment to a United States Magistrate Judge (Dkt. 2).

3.  Registered process servers have made a diligent effort to serve Defendants with the Notice of Assignment.

4.  Given the fact that Defendants have been served with the summons and complaint and have not filed a response, I respectfully request leave to file a motion to serve Defendants by publication.

5.  Declarations of Due Diligence have been filed to demonstrate the multiple attempts.  Defendants are evading service and Plaintiff should not face such harsh punishment of dismissal when a motion to serve by publication is justified under the circumstances.

6.  Alternatively, I respectfully request leave of court to file a Declination of Consent Form in accordance with Docket 5.

7.  I sincerely apologize to the Court for failing to ensure that the Notice of Assignment was served together with the summons and complaint as required by the Court's prior orders and Local Rule 73-2.1.  The failure to serve the Notice of Assignment was not intentional. I did not intend to disregard the Court's orders or the Local Rules. Rather, I mistakenly focused on ensuring that the summons and complaint were served and inadvertently overlooked the requirement that the Notice of Assignment also be included with service. I thought I provided all required pleadings

to the process servers to be served on the defendants. I was therefore unaware of Docket #5, and could have avoided this inconvenience by filing the Declination of Consent Form.

8.   My client will be harmed if the case is dismissed and it is contrary to the interest of justice. Hundreds of dollars have been spent on process servers as Defendants have been avoiding service since the case was filed and Plaintiff should not be punished for Defendants' bad faith.

9.  I respectfully request that the Court not impose sanctions or dismiss the case due to this inadvertent error and that Plaintiff be given leave to file a Declination of Consent or motion to serve by publication.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of April, 2026.


s/Monica Graham
Monica Graham, Esq.