Monica Graham, Esq. (SBN 332241)
GRAHAM LAW FIRM
3857 Birch St PMB 3097
Newport Beach, CA 92660
Telephone: (951) 316-3298
Email: monica@grahamlawfirm-ca.com

Attorney for Plaintiff
Kristopher Gomez

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT  OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER RENE GOMEZ, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BALLER BUSTERS, an unknown entity, RAEESABBAS MOHAMED, an individual, and DOES 1-10, inclusive,<br>　　　　Defendants. | Case No. 8:25-cv-02483-JDE<br><br>**<u>UNOPPOSED</u><br>EX PARTE APPLICATION FOR ORDER FOR SERVICE BY PUBLICATION OR ALTERNATIVE MEANS, AND EXTENSION OF TIME TO SERVE** |

Plaintiff KRISTOPHER RENE GOMEZ ("Plaintiff") hereby applies *ex parte* for an order, pursuant to Fed. R. Civ. P. 4(e)(1), permitting service of the Summons, Complaint, and Notice of Assignment by publication in The Record Reporter, or by alternative means such as certified mail or email as Defendants have intentionally evaded service. This application is based on the grounds that Defendants cannot with

reasonable diligence be served in another manner specified in Cal. Civ. Proc. Code §§ 415.10–415.40 or Arizona Rules of Civil Procedure 4.1(l).

As set forth in the accompanying Declarations, Plaintiff's process servers have made multiple unsuccessful attempts at the Defendants' known business address and have been barred from entry at the Defendants' gated residential community.  A cause of action exists against the Defendants in this action, as alleged in the Complaint on file herein.  Plaintiff further requests a 60-day extension of the deadline to complete service under Federal Rule of Civil Procedure 4(m).

While the Summons and Complaint were served via substitute service on March 7, 2026, effective March 17, 2026, Plaintiff inadvertently omitted the Notice of Assignment to a United States Magistrate Judge and Declination of Consent form ("Notice of Assignment"). Despite exhaustive and diligent efforts to personally serve Defendants with this remaining document at both their business and Mohamed's residence, Defendants have remained unreachable behind locked doors and gated security. Since the defendants were served the Summons and Complaint but not the Notice of Assignment, Plaintiff seeks to complete service of the entire initiating packet to ensure jurisdiction is perfected.

Dated: April 13, 2026          **GRAHAM LAW FIRM**

s/Monica Graham
Monica Graham, Esq.
Attorney for Plaintiff Kristopher Rene Gomez

EX PARTE APPLICATION FOR ORDER FOR SERVICE
BY PUBLICATION AND EXTENSION OF TIME TO SERVE

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. Factual and Procedural Background

The Summons and Complaint were served via substitute service on March 7, 2026. Plaintiff inadvertently omitted the 'Notice of Assignment to a United States Magistrate Judge and Declination of Consent' form ("Notice of Assignment"). Thereafter, Plaintiff employed registered process servers to attempt service of the Notice of Assignment at two known locations in Arizona.

Registered Process Server Christina Donaldson attempted service on three separate occasions:

- **March 25, 2026:** Arrived at 10:16 a.m.. The door was locked, though lights were on inside. No one answered multiple knocks.

- **March 26, 2026:** Arrived at 9:38 a.m.. The door remained locked with lights on. Again, no answer.

- **March 31, 2026:** Arrived at 9:03 a.m.. After no answer at the door, Donaldson called the number listed on the unit and spoke to "Rebecca," who refused to provide information on Mohamed's schedule or accept service.

Registered Process Server Seth Carey attempted service at Mohamed's suspected residence in a high-security gated community:

- **March 25, 2026:** Arrived at 12:49 p.m. but was unable to gain entry to the gated community.

- **March 27, 2026:** Attempted entry at 9:00 a.m. and again at 9:10 p.m.. On both occasions, access was denied due to the lack of a guard or direct entry code.

The name, address, telephone number and e-mail address of counsel for the opposing party is unknown because Defendants have not appeared in the action. L.R. 7—19.  Plaintiff's counsel searched the Arizona state bar for Raeesabbas Mohamed, and left a voice message concerning the ex parte application on April 13, 2026. Defendant did not return the call, or otherwise oppose the application. In the interest of justice, the application should be heard without notice. Nonetheless, notice and moving papers have been sent by overnight mail.

## II. Legal Argument

### A. Service by Publication is Warranted

Under FRCP 4(e)(1), service can be made by following the state law of the forum. California Code of Civil Procedure § 415.50 permits service by publication if it is shown that the party to be served cannot with reasonable diligence be served in another manner.  As detailed in the attached Declarations, Plaintiff has attempted personal service at all known business and residential locations. Defendants' refusal to answer locked doors during business hours and their residence behind an inaccessible gate demonstrate that they are evading service.

///

///

## B. Alternative Service is Warranted

Rule 4.1(k) allows for "Alternative Means of Service" when traditional methods are impracticable.  In this case, the Court can authorize service by other means, such as certified mail to the last known address, service by posting and mailing, or service via email.  Defendant Raeesabbas Mohamed is a licensed attorney and his email is made available to the public through the State Bar of Arizona. As such, Plaintiff contends email service is warranted.

## C. Extension of Rule 4(m) Deadline

Federal Rule of Civil Procedure 4(m) requires service within 90 days. However, a court must extend the time for service if the plaintiff shows good cause. Here, good cause exists because after a skip trace, Plaintiff has made six distinct attempts at service via two different professionals. Defendants' conduct and the physical barriers of their residence have made personal service impossible.  An extension will allow the case to proceed on its merits once the Notice of Assignment is properly served via publication.  There is no prejudice to Defendants. On the other hand, Plaintiff is prejudiced if he is not afforded the opportunity to serve by publication and an extension of time for service.  Good cause exists to grant Plaintiff's request.

## D. Service of the Notice of Assignment is Moot

Plaintiff contends the requirement to serve the Notice of Assignment is effectively moot under the current procedural posture, as the Notice is an ancillary document

regarding consent rights that Defendants have already functionally forfeited. Under the Federal Rules of Civil Procedure and the Local Rules of this District, a party in default loses the standing to consent to or decline a Magistrate Judge's jurisdiction. Because Defendants were served via substitute service and have failed to appear or respond within the statutory period, the case is moving toward a Clerk's Entry of Default. Maintaining a service hurdle for a document that informs a defaulting party of a right they no longer possess creates an unnecessary barrier to the efficient administration of justice and the ultimate resolution of this matter.

## CONCLUSION

Plaintiff respectfully requests that the Court grant this *ex parte* application, authorize service by email, certified mail, or publication in a newspaper of general circulation in Maricopa County, Arizona, and extend the Rule 4(m) deadline by 60 days to ensure all jurisdictional requirements are met, unless the Court deems the Notice of Assignment as moot.

Dated: April 13, 2026          **GRAHAM LAW FIRM**

s/Monica Graham
Monica Graham, Esq.
Attorney for Plaintiff Kristopher Rene Gomez

## DECLARATION OF KRISTOPHER RENE GOMEZ

I, Kristopher Rene Gomez, declare as follows:

1.  I am the Plaintiff in the above-entitled action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

2.  Since the filing of this action, I have dedicated significant time and financial resources to ensure that Defendants Raeesabbas Mohamed and Baller Busters are properly served with process in accordance with the Federal Rules of Civil Procedure.

3.  Despite my diligent efforts and the employment of professional registered process servers, Defendants have intentionally evaded service. As detailed in the accompanying declarations from Christina Donaldson and Seth Carey, Defendants have remained behind locked doors during business hours and have utilized a high-security gated residential community to prevent personal delivery of legal documents.

4.  It has been my observation that Defendants frequently utilize social media platforms to target and attack individuals; however, when held accountable for such conduct, they actively avoid the legal consequences of their behavior by concealing their whereabouts and refusing to accept service of process.

5.  I will suffer significant prejudice and harm if this case is dismissed. I have already expended substantial funds on filing fees and multiple service attempts in a

- 7 -
EX PARTE APPLICATION FOR ORDER FOR SERVICE
BY PUBLICATION AND EXTENSION OF TIME TO SERVE

Document Ref: LMR69-RNPKW-LGPZ8-O2ZPD

good-faith effort to obtain justice. Dismissal would reward the Defendants' evasive tactics and further delay my right to seek legal redress.

6.  Because traditional methods of service have proven futile due to Defendants' active evasion, I respectfully request that the Court allow alternative means of service, including service by publication, certified mail, and/or email, to ensure this matter can proceed on its merits.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed April 13, 2026, at Villa Park, California.


_Kristopher Rene Gomez_
Kristopher Rene Gomez

- 8 -
EX PARTE APPLICATION FOR ORDER FOR SERVICE
BY PUBLICATION AND EXTENSION OF TIME TO SERVE

Document Ref: LMR69-RNPKW-LGPZ8-O2ZPD

# DECLARATION OF MONICA GRAHAM, ESQ.

I, Monica Graham, declare as follows:

1. I am an attorney at law licensed to practice before all courts in the State of California and the United States District Court for the Central District of California. I am the principal of the Graham Law Firm and the attorney of record for Plaintiff Kristopher Rene Gomez.

2. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would testify competently thereto.

3. The Complaint in this action was filed on November 5, 2025.

4. On March 7, 2026, Defendants Baller Busters and Raeesabbas Mohamed were served with the Summons and Complaint via substitute service and mailing.

5. On March 11, 2026, I caused to serve Defendants Raeesabbas Mohamed and Baller Busters with the Notice of Assignment by regular mail.  The mail was never returned. Thus, I am informed and believe on that basis that Defendants have in fact received the Notice of Assignment and that there is no prejudice to Defendants if publication or alternative means of service is granted and extension of time granted for service.

6. I have attached true and correct copies of the Declarations of Due Diligence that

EX PARTE APPLICATION FOR ORDER FOR SERVICE
BY PUBLICATION AND EXTENSION OF TIME TO SERVE

I received from the registered process servers to demonstrate reasonable diligence. Exhibit 1.

7.  At approximately 2:00 p.m. April 13, 2026, I searched the Arizona State Bar database to access the most current information on file for defendant Raeesabbas Mohamed.  I telephoned Mr. Mohamed at 480-331-9397 to provide notice of Plaintiff's ex parte application but he did not answer the phone. I left a voice message and thereafter caused to serve Defendants by overnight mail with this Ex Parte Request, accompanying declarations, and proposed order as set forth in the attached Certificate of Service.

8.  The Arizona State Bar profile provides the following email address for Raeesabbas Mohamed: raees@RMWarnerlaw.com.  I also provided notice to this email.

9.  Defendant Raeesabbas Mohamed has been served and is fully aware of the pending litigation and has failed to respond.

10. Around December, 2025, I spoke with the State Bar of Arizona to confirm the accuracy of the public profile of Raeesabbas Mohammed. The Intake Bar Counsel, Tom McCauley, spoke with Raeesabbas Mohammed on more than one occasion and verified his address. Raeesabbas Mohammed was familiar with the pending litigation and has never responded or communicated with me in any manner.

EX PARTE APPLICATION FOR ORDER FOR SERVICE
BY PUBLICATION AND EXTENSION OF TIME TO SERVE

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of April, 2026, at Newport Beach, California.


                                          s/Monica Graham
                                          Monica Graham, Esq.
                                          Attorney for Plaintiff Kristopher Rene Gomez

EX PARTE APPLICATION FOR ORDER FOR SERVICE
BY PUBLICATION AND EXTENSION OF TIME TO SERVE

# EXHIBIT 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Graham Law Firm<br>Monica Graham (SBN:332241)<br>3857 Birch Street PMB 3097<br>Newport Beach, California 92660<br>  TELEPHONE NO:  (951) 316-3298      FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:   monica@grahamlawfirm-ca.com<br>ATTORNEY FOR *(Name)*:   Plaintiff - Kristopher Rene Gomez | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF    Riverside |
|---|
| STREET ADDRESS:   3470 Twelfth Street 2nd Floor |
| MAILING ADDRESS:   3470 Twelfth Street 2nd Floor |
| CITY AND ZIP CODE:   Riverside, 92501 |
| BRANCH NAME:   United States District Court for the Central District of California |

| PLAINTIFF / PETITIONER:    Kristopher Rene Gomez, an individual | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT:    Baller Busters, an unknown entity, et al. | 8:25-cv-02483 |

| **DECLARATION OF DILIGENCE** | Ref. No. or File No.: |
|---|---|

   I, CHRISTINA DONALDSON, declare that I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following: RAEESABBAS MOHAMED and BALLER BUSTERS. On the dates mentioned herein, I was over the age of eighteen and not a party to the above-entitled action. I am authorized to serve legal process in the State of Arizona. The following facts are within my personal knowledge and if sworn as a witness, I can and will truthfully and competently testify thereto.

   1.  On March 25, 2026, at approximately 10:16 a.m., I arrived at 8283 N Hayden Road, Scottsdale, Arizona 85258 to locate and personally serve Raeesabbas Mahahed and Baller Busters.  Upon my arrival, I attempted to go inside, but the door was locked.  I could see inside the unit through the glass on the door.  I noticed lights on inside, but I did not see anyone.  I knocked multiple times, but there was no answer, so I left the area.

   2.  On March 26, 2026, at approximately 9:38 a.m., I returned to 8283 N Hayden Road, Scottsdale, Arizona 85258 for a second attempt to locate and personally serve Raeesabbas Mahahed and Baller Busters. Upon my arrival, I attempted to go inside, but the door was locked. I could see inside the unit through the glass on the door. I noticed lights on inside, but I did not see anyone. I knocked multiple times, but there was no answer, so I left the area.

   3.  On March 31, 2026, at approximately 9:03 a.m., I returned to 8283 N Hayden Road, Scottsdale, Arizona 85258 for a second attempt to locate and personally serve Raeesabbas Mahamed and Baller Busters. Upon my arrival, I attempted to go inside, but the door was locked. I could see inside the unit through the glass on the door. I noticed lights on inside, but I did not see anyone. I knocked multiple times, but there was no answer.  I called the phone number on the door and spoke to "Rebecca".  I informed her that I had legal documents for Raeesabbas Mohamed, but she refused to provide me any information, claiming she does not keep Mr. Mahamad's Calander, nor would she accept service.  After concluding that no one was going to cooperate, I left the area.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April __08____, 2026.

Christina Donaldson
Process Server Registration ID#8800
Maricopa County, Arizona
3838 N Central Avenue, Suite 900, Phoenix, Arizona 85012
(951) 723-2476
_____

|  |  |
|---|---|
| (NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL) | (SIGNATURE) |

**DECLARATION OF DILIGENCE**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Graham Law Firm<br>Monica Graham (SBN:332241)<br>3857 Birch Street PMB 3097<br>Newport Beach, California 92660<br>TELEPHONE NO: (951) 316-3298    FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: monica@grahamlawfirm-ca.com<br>ATTORNEY FOR *(Name)*: Plaintiff - Kristopher Rene Gomez | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Riverside | |
|---|---|
| STREET ADDRESS: 3470 Twelfth Street 2nd Floor<br>MAILING ADDRESS: 3470 Twelfth Street 2nd Floor<br>CITY AND ZIP CODE: Riverside, 92501<br>BRANCH NAME: United States District Court for the Central District of California | |

| PLAINTIFF / PETITIONER: Kristopher Rene Gomez, an individual<br>DEFENDANT / RESPONDENT: Baller Busters, an unknown entity, et al. | CASE NUMBER:<br>8:25-cv-02483 |
|---|---|
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.: |

I, SETH CAREY, declare that I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following: RAEESABBAS MOHAMED and BALLER BUSTERS. On the dates mentioned herein, I was over the age of eighteen and not a party to the above-entitled action. I am authorized to serve legal process in the State of Arizona. The following facts are within my personal knowledge and if sworn as a witness, I can and will truthfully and competently testify thereto.

1.  On March 25, 2026, at approximately 12:49 p.m., I arrived in the vicinity of 14009 S 17th Place, Phenix, Arizona 85048, possible known residential address for Raeesabbas Mohamed in an attempt to serve Raeesabbas Mahamed as an individual and on behalf of Baller Busters. The residential property is located inside a gated community, for which I did not have access to gain entry.  The community has multiple large, private estates with high security.  Access into this community is challenging without having direct access or given access.  I waited for approximately ten minutes before leaving the area.

2.  On March 27, 2026, at approximately 9:00 a.m., I returned to the main gate in the vicinity of 14009 S 17th Place, Phenix, Arizona 85048, possible known residential address for Raeesabbas Mohamed for a second attempt to serve Raeesabbas Mahamed as an individual and on behalf of Baller Busters.  Again, I was unable to gain access into the gated community.  I waited for approximately ten minutes and then left the area.

3.  On March 27, 2026, at approximately 9:10 p.m., I returned to the main gate in the vicinity of 14009 S 17th Place, Phenix, Arizona 85048, possible known residential address for Raeesabbas Mohamed for a third attempt to serve Raeesabbas Mahamed as an individual and on behalf of Baller Busters. Again, I was unable to gain access into the gated community. I waited for approximately ten minutes and then left the area.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April __08_____, 2026.

Seth Carey
Process Server Registration ID#9046
Maricopa County, Arizona
3838 N Central Avenue, Suite 900, Phoenix, Arizona 85012
(951) 723-2476

| (NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL) | (SIGNATURE) |
|---|---|

**DECLARATION OF DILIGENCE**

# CERTIFICATE OF SERVICE

I hereby certify that on **April 13, 2026**, I served the foregoing **EX PARTE APPLICATION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS IN SUPPORT; PROPOSED ORDER** on the following parties by placing a true and correct copy in a sealed envelope, with postage fully prepaid, in the United States Mail at Corona, California, BY OVERNIGHT MAIL DELIVERY, addressed as follows:

RAEESABBAS MOHAMED
8283 N Hayden Road Suite 229
Scottsdale, AZ 85258
*Defendant*

BALLER BUSTERS
c/o Raeesabbas Mohamed
8283 N Hayden Road Suite 229
Scottsdale, AZ 85258
*Defendant*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 13, 2026                        s/Monica Graham
                        _____
                        Monica Graham, Esq.