Raeesabbas Mohamed, Esq. (AZ Bar # 027418)
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Email: Raees@rmwarnerlaw.com
Tel: 480-331-9397
Fax: 1-866-961-4984
*Pro Se Defendant*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| KRISTOPHER RENE GOMEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BALLER BUSTERS, an unknown entity, RAEESABBAS MOHAMED, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:25-cv-02483-JVS-KES<br><br>**JOINT STIPULATION TO SET ASIDE CLERK'S ENTRIES OF DEFAULT (DKT. 30) PURSUANT TO FED. R. CIV. P. 55(c), 54(b)**<br><br>[Hon. James V. Selna]<br>[Magistrate Judge Karen E. Scott]<br>Filing Date: November 5, 2025 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** Plaintiff Kristopher Rene Gomez ("Plaintiff"), Defendant Raeesabbas Mohamed ("Mohamed"), appearing pro se, and Defendant sued herein as "Baller Busters" (the "Entity Defendant") (collectively, the "Parties"), appearing through its counsel of record, by and through the undersigned counsel, hereby respectfully jointly stipulate and move the Court for an Order to set aside the Clerk's Entries of Default (Dkt. 30) for good cause, pursuant to Fed. R. Civ. P. Rules 55(c) and 54(b), and the orders of the Honorable Judge James V. Selna.

/ / /

/ / /

Case No. 8:25-cv-02483-JVS-KES

**JOINT STIP TO SET ASIDE CLERK'S ENTRIES OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(C), 54(B)**

## JOINT STIPULATION

On June 11, 2026, the Clerk entered default against both Defendants. (Dkt. 30.) The same day, the Court entered an Order Regarding Plaintiff's Motion for Costs, awarding Plaintiff $1,545.00. (Dkt. 31.)

Defendants dispute the sufficiency and validity of service of process and the entry of default, and expressly reserve all objections and defenses, including without limitation objections to personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2) and to the sufficiency of service of process under Rule 12(b)(5).

Defendants dispute Plaintiff's Motion for Costs (Dkt. 31). Mohamed's challenge to the costs order is expressly reserved and will be presented by motion, and nothing here concedes its validity.

The Parties, wishing to avoid the expense and delay of motion practice and to allow this matter to proceed in an orderly manner, have met and conferred and agree to resolve the entries of default by stipulation, without prejudice to, and with express reservation of, all defenses and objections as set forth herein.

**NOW, THEREFORE, the Parties hereby stipulate and agree as follows:**

1. The Clerk's entry of default (Dkt. 30) is **SET ASIDE** in its entirety as to Defendants Raeesabbas Mohamed and Baller Busters, pursuant to Federal Rule of Civil Procedure 55(c).

2. Each Defendant shall respond to the Complaint by motion or otherwise, as permitted by the Federal Rules of Civil Procedure, within twenty-one (21) days after entry of the Court's order approving this Stipulation.

3. Nothing in this Stipulation constitutes, and this Stipulation shall not be construed as, a general appearance by any Defendant, a waiver of service of process,

Case No. 8:25-cv-02483-JVS-KES

2

**JOINT STIP TO SET ASIDE CLERK'S ENTRIES OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(C), 54(B)**

consent to the personal jurisdiction of this Court, or a waiver of any defense or objection. All defenses and objections of every party are expressly preserved, including without limitation any Defendant's objections under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(5), which each Defendant may raise in the response contemplated by Paragraph 3. This Stipulation resolves only the entry of default (Dkt. 30) and does not resolve, and shall not be deemed to concede, any issue concerning service of process, personal jurisdiction, the costs order (Dkt. 31), or the merits.

4. This Stipulation may be executed in counterparts, and by electronic or facsimile signature, each of which shall be deemed an original and all of which together shall constitute one instrument. Pursuant to Local Rule 5-4.3.4, the filer attests that all other signatories concur in the filing and its content.

**THEREFORE**, the parties respectfully request that the Court enter an order granting the relief set forth in this Stipulation.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

DATED this 17th day of July, 2026.

**GRAHAM LAW FIRM**

/s/ Monica Graham w/ permission

Monica Graham, Esq.
*Attorney for Plaintiff*

/s/ Raeesabbas Mohamed
Raeesabbas Mohamed, Esq.
*Pro Se Defendant*

**NEWMEN LAW**

/s/ Kaveh Newmen w/ permission
Kaveh Newmen, Esq.
*Attorney for Defendant
sued as "Baller Busters"*

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION**

Under L.R. 5-4.3.4(a)(2)(i), I, Raeesabbas Mohamed, attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Raeesabbas Mohamed
Raeesabbas Mohamed

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Monica Graham, Esq. (SBN 332241)
GRAHAM LAW FIRM
3857 Birch St PMB 3097
Newport Beach, CA 92660
monica@monicagrahamesq.com
*Attorney for Plaintiff*

I further certify that on July 17, 2026, a copy of the foregoing was emailed and/or mailed via USPS to the following Defendant:

Kaveh Newmen
**NEWMEN LAW**
2107 N. Broadway, Suite 104
Santa Ana, CA 92706
kaveh@newmenlaw.com
*Attorney for Defendant sued as "Baller Busters"*

/s/ Raeesabbas Mohamed
Raeesabbas Mohamed

Case No. 8:25-cv-02483-JVS-KES

**JOINT STIP TO SET ASIDE CLERK'S ENTRIES OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(C), 54(B)**